|   |   |
|---|---|
| 1 | **JUDGE ROBERT S. LASNIK** |

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. C21-1306-RSL |
| ) | |
| v. ) | **ORDER GRANTING JOINT MOTION TO STAY CIVIL FORFEITURE PROCEEDING** |
| ) | |
| $137,059 IN U.S. CURRENCY AND ANY ACCRUED INTEREST, ) | |
| ) | |
| ONE 2006 BENTLEY CONTINENTAL 4D FLYING SPUR, VIN NUMBER SCBBR53WX6C035151, ) | |
| ) | |
| and, ) | |
| ) | |
| ASSORTED JEWELRY SEIZED ON APRIL 7, 2021 FROM VARIOUS LOCATIONS WITHIN THE RESIDENCE AT 10700 NE 4TH ST., #2016, BELLEVUE, WA, 98004, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER having come before the Court on the joint motion of the parties to stay this proceeding pending resolution of a related criminal case pursuant to 18 U.S.C. §§981((g)(1) and (g)(2), and the Court having considered the matter and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the parties' joint motion to stay this proceeding pursuant to 18 U.S.C. §§981 (g)(1) and (g)(2) is **GRANTED,** and this matter is hereby stayed pending resolution of the related criminal prosecution of Claimant Carlos R. Daniels in Case No. 21-069-RSM at the trial court level, or until further order of the Court.

---

ORDER GRANTING JOINT MOTION TO
STAY CIVIL FORFEITURE PROCEEDING;
C21-1306-RSL - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

**IT IS FURTHER ORDERED** that the time for Claimant to file an Answer or other responsive pleading to the Complaint pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture is tolled from the date of the filing of the Joint Motion for Stay through the date of the entry of this Order.

**IT IS FURTHER ORDERED** that either party may request a lifting of the stay at any time pursuant to a written motion, and

**IT IS FURTHER ORDERED** that in the event that the related criminal case has not been resolved, the parties shall file a Status Report within six months of the entry of this Order.

DATED this  3rd  day of November, 2021.

/s/ Robert S. Lasnik
ROBERT S. LASNIK
United States District Court Judge

ORDER GRANTING JOINT MOTION TO
STAY CIVIL FORFEITURE PROCEEDING;
C21-1306-RSL - 2

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111