The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$137,059 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST, *et al.,*<br><br>Defendants,<br><br>and<br><br>CARLOS R. DANIELS,<br><br>Claimant. | NO. CV21-1306-TL<br><br>[PROPOSED]<br><br>**ORDER GRANTING**<br>**JOINT REQUEST TO LIFT STAY** |

THIS MATTER comes before the Court as a Joint Request to Lift Stay by Plaintiff United States and Claimant Carlos R. Daniels, through counsel. On November 3, 2021, at the joint request of the parties, the Court ordered this civil forfeiture action stayed, pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), pending resolution of the related criminal prosecution or until further order of the Court. Dkt. Nos. 9-10. After reviewing the Joint Status Report filed by the parties on April 27, 2022, Dkt. No. 17, the Court extended the stay. Dkt. No. 18. The parties have now informed the Court that they have reached an

ORDER GRANTING JOINT REQUEST TO LIFT STAY - 1
*U.S. v. $137,059 in U.S. Currency, and Accrued Interest, et al. (CV21-1306-TL)*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

agreement to resolve the related criminal case, as well as this civil forfeiture case. The Court having considered the parties' request and being fully advised in the matter, finds that it is appropriate to lift the stay at this time. Therefore, it is hereby

ORDERED that the parties' request to lift the stay of this civil forfeiture proceeding is GRANTED and the STAY is LIFTED.

DATED: June 23, 2022

Tana Lin
United States District Judge

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2242
Krista.Bush@usdoj.gov

*s/Richard J. Troberman*
RICHARD J. TROBERMAN*
Attorney for Claimant
Carlos R. Daniels
tmanlaw@aol.com
*Permission to e-sign and e-file obtained via email on June 22, 2022*

ORDER GRANTING JOINT REQUEST TO LIFT STAY - 2
*U.S. v. $137,059 in U.S. Currency, and Accrued Interest, et al. (CV21-1306-TL)*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970